No. 89, Misc. RIVERA v. HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 166, Misc. RAMSEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 232, Misc. WHITE v. WASHINGTON. Supreme Court of Washington. Certiorari denied. *Robert W. Graham* for petitioner. *James E. Kennedy* for respondent.

No. 248, Misc. SMITH v. HEARD, ACTING CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *J. E. Winfree, Jr.* for petitioner.

No. 344, Misc. WILSON ET AL. v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioners *pro se.* *John T. Corrigan* for respondent.

No. 348, Misc. FARMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 369, Misc. GROSSMAN v. MURPHY, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.